UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-8095-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT BIGNEY,

    Defendant.

_____/

FILED by _____ D.C.

FEB -3 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSIONS TO VIOLATIONS AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a final hearing on February 3, 2017, in respect to the pending Petition Alleging Violations of Supervised Release [D.E. 51] and this Court having convened a hearing, this Court recommends to the District Court as follows:

1.    The Defendant appeared before this Court on February 3, 2017 for a final hearing in respect to the Petition Alleging Violations of Supervised Release [D.E. 51] which alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about November 21, 2016, the defendant submitted a urine specimen which tested positive for the presence of amphetamine in our local laboratory, and subsequently was confirmed positive for methamphetamine by Alere Toxicology Services, Inc. |
| **Violation Number 2** | **Violation of Special Condition**, by failing to participate in the Location Monitoring Program. On December 11, 2016, the defendant had an unauthorized leave from his residence between the hours of 2:06 p.m. and 3:50 p.m., without the authorization of the United States Probation Office. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violations Numbers 1 and 2 as set forth in the Petition [D.E. 51]. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for the parties agreed that the Court could take judicial notice of the facts set forth in the Petition Alleging Violations of Supervised Release [D.E. 51] and the Memorandum from USPO David Farinacci to Judge Martinez dated December 15, 2016, which sets forth the essential elements of the violations to which the Defendant is admitting. Therefore, this Court did take judicial notice of the facts set forth in the Memorandum and finds that it sets forth a sufficient factual basis to support the Defendant's admissions to Violations Numbers 1 and 2 as set forth in the Petition.

4. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admissions to Violations Numbers 1 and 2 of the Petition [D.E. 51] under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violations Numbers 1 and 2 as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _____ day of February, 2017, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Jose E. Martinez
AUSA Carmen M. Lineberger
AFPD Fletcher Peacock
U. S. Probation (USPO David Farinacci)
U. S. Marshal